HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems, | Cause No. 23-CV-01668-JNW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO AMEND THE ORDER SETTING TRIAL DATES |
| TONIK JOSEPH, in her official capacity as Interim Assistant Secretary for the Developmental Disabilities Administration of the Washington Department of Social & Health Services, | |
| Defendant. | |

## ORDER

Having reviewed the parties' Joint Stipulated Motion to Amend the Order Setting Trial Dates and Related Deadlines, and for good cause shown, the Court hereby ORDERS that the trial and related dates be extended by 60 days, as follows:

(PROPOSED) ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND THE ORDER SETTING TRIAL DATES
- 1
Case No. 23-01668-JNW

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

| Event | Current Date | Extended Date |
|---|---|---|
| Bench Trial begins | September 9, 2024 | November 8, 2024 |
| Discovery completed by | April 12, 2024 | June 11, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | May 13, 2024 | July 12, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | July 11, 2024 | September 9, 2024 |
| All motions in limine must be filed by | July 31, 2024 | September 30, 2024 |
| Deposition Designations must be submitted to the Court by | August 19, 2024 | October 18, 2024 |
| Agreed pretrial order due | August 19, 2024 | October 18, 2024 |
| Trial briefs must be filed by | August 26, 2024 | October 25, 2024 |
| Pretrial conference | September 3, 2024 | November 2, 2024 |

All other dates set by the Local Civil Rule remain unchanged.

SO ORDERED this 14th day of May, 2024.

Jamal N. Whitehead
United States District Judge

(PROPOSED) ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND THE ORDER SETTING TRIAL DATES
- 2
Case No. 23-01668-JNW

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

//
//
//
//
//
//
//
//
//

Presented by:

**DISABILITY RIGHTS WASHINGTON**

*/s/Maxwell Kauffman*
Maxwell Kauffman, WSBA #61817
315 – 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: Maxk@dr-wa.org

*Attorney for Plaintiff*

*/s/Sarah Eaton*
Sarah Eaton, WSBA #46854
315 – 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: sarahe@dr-wa.org

*Attorney for Plaintiff*

ROBERT W. FERGUSON
Attorney General

/s/*Kathryn Krieger*
*/s/ Joshua Campbell*
Kathryn Krieger, WSBA No. 47037
Joshua W. Campbell WSBA No. 51251
Assistant Attorney General
E-mail: Kathryn.Krieger@atg.wa.gov

*Attorneys for Defendant*

(PROPOSED) ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND THE ORDER SETTING TRIAL DATES
- 3
Case No. 23-01668-JNW

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729