The Honorable JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiff,<br><br>v.<br><br>TONIK JOSEPH, in her official capacity as Interim Assistant Secretary for the Developmental Disabilities Administration of the Washington Department of Social & Health Services,<br><br>Defendant. | No. 23-CV-01668-JNW<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Maxwell Kauffman, attorney of record for Plaintiff Disability Rights Washington, hereby withdraws as counsel in the above-captioned matter. This withdrawal is in accordance with Local Civil Rule 83.2(b)(3) of the United States District Court for the Western District of Washington. Sarah Eaton will continue to represent Plaintiff in this case.

NOTICE OF WITHDRAWAL OF COUNSEL - 1
No. 23-CV-01668-JNW

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

All further notices, pleadings, and correspondence should continue to be directed to:

Sarah Eaton, WSBA #46854
Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521
Fax (206) 957-0729
Email: sarahe@dr-wa.org

RESPECTFULLY SUBMITTED July 9, 2024.

**DISABILITY RIGHTS WASHINGTON**

*/s/Maxwell Kauffman*
Maxwell Kauffman, WSBA #61817
315 – 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: Maxk@dr-wa.org

*Attorney for Plaintiff*

*/s/Sarah Eton*
Sarah Eaton, WSBA #46854
315 – 5th Avenue South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email: sarahe@dr-wa.org

*Attorney for Plaintiff*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
No. 23-CV-01668-JNW

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729