UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiff,<br><br>v.<br><br>TONIK JOSEPH, in her official capacity as Interim Assistant Secretary for the Developmental Disabilities Administration of the Washington Department of Social & Health Services,<br><br>Defendant. | CASE NO. 23-cv-01668<br><br>ORDER GRANTING SECOND JOINT MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DEADLINES |

**ORDER**

Having reviewed the parties' Second Joint Motion to Amend Order Setting Trial Dates and Related Deadlines, and for good cause shown, the Court hereby ORDERS that the trial and related deadlines be extended by 90 days, as follows.

//
//
//

**ORDER** GRANTING SECOND JOINT MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 1

| Event | Current Date | Extended Date |
|---|---|---|
| Bench Trial begins | November 8, 2024 | February 6, 2025 |
| Discovery completed by | June 11, 2024 | September 9, 2024 |
| All Dispositive Motions and motion challenging expert witness testimony must be filed by | July 12, 2024 | October 10, 2024 |
| Settlement Conference under LCR 39.1, if requested by the parties, held no later than | September 9, 2024 | December 9, 2024 |
| All motions in limine must be filed by | September 30, 2024 | December 29, 2024 |
| Deposition Designations must be submitted to the court by | October 18, 2024 | January 16, 2025 |
| Agreed Pretrial Order due | October 18, 2024 | January 16, 2025 |
| Trial Briefs must be filed by | October 25, 2024 | January 23, 2025 |
| Pretrial Conference | November 2, 2024 | January 31, 2025 |

All other dates set by the Local Civil Rules remain unchanged.

Dated this 11th day of July, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** GRANTING SECOND JOINT MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 2