1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiff,<br><br>v.<br><br>TONIK JOSEPH, in her official capacity as Interim Assistant Secretary for the Developmental Disabilities Administration of the Washington Department of Social & Health Services,<br><br>Defendant. | CASE NO. 23-cv-01668<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The Court GRANTS the Parties' Stipulated Motion, Dkt. No. 27. Accordingly, the Court ORDERS:

- This case is DISMISSED with prejudice.

- Any pending motions are DENIED AS MOOT.

- Any scheduled hearings are STRICKEN.

- The Clerk of the Court is directed to CLOSE this case.

Dated this 30th day of October, 2024.

Jamal N. Whitehead
United States District Judge